Lee Collins #896770
200 N. Comal
San Antonio, TX 78207
LEGAL MAIL

Deposit Date: 07/21/25
Deposit Time: 2400 Hours

U.S. District Court
Western District of Texas
262 W. Nueva, Room #1-400
San Antonio, TX 78207

SA25CA0873 JKP
MJ-ESC

RECEIVED
JUL 22 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

US POSTAGE PITNEY BOWES
ZIP 78204 $001.03
0000387844 JUL 21 2025